**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| TERRELL SHIELDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:11CV0008 AGF |
| ) | |
| CORRECTIONAL MEDICAL ) | |
| SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Plaintiff has not submitted a proper inmate account statement. Without it, the Court cannot calculate Plaintiff's partial initial filing fee pursuant to 28 U.S.C. § 1915(b). Plaintiff must submit a proper inmate account statement, for the six-month period immediately preceding the filing of the complaint, no later than February 18, 2011.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall submit a proper inmate account statement, for the six-month period immediately preceding the filing of the complaint, no later than **February 18, 2011**.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action for failure to prosecute.

Dated this 28th day of January, 2011.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE